# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

YETI COOLERS, INC.,

    Plaintiff,

v.                           CASE NO. 5:23cv120-RH-MJF

TUCKER NEBEL and
NATALIE CORNWELL,

    Defendants.

_____/

## ORDER CLOSING THE FILE

The parties have filed a stipulation for dismissal. ECF No. 7. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). This order confirms that the case has been dismissed. The clerk must close the file.

SO ORDERED on July 17, 2023.

                              s/Robert L. Hinkle
                              United States District Judge